# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2007

134056

KATHLEEN OVERALL,
        Plaintiff-Appellee,

v

BOB HOWARD,
        Defendant,

and

LINCOLN CONSOLIDATED SCHOOLS,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134056
COA: 274588
Washtenaw CC: 05-001188-NI

_____/

On order of the Court, the application for leave to appeal the April 26, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals, and, for the reasons stated in the Court of Appeals dissenting opinion, we REMAND this case to the Washtenaw Circuit Court for entry of judgment in favor of defendant Lincoln Consolidated Schools.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2007

_____
Clerk

p0919